UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.

JASMINE MURPHY

Case No. 24-cr-10379-RGS

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following joint interim status report prepared in connection with the interim status conference scheduled for March 7, 2025.

(1)   Automatic Discovery/Pending Discovery Requests

The government provided its first substantial installment of a rolling production of automatic discovery on January 10, 2025.

(2)   Additional Discovery

The government anticipates making an additional production of automatic discovery, including email search warrant returns, in short order.  That production will largely complete automatic discovery.

(3)   Timing of Additional Discovery Requests

With its January 10 production, the government requested reciprocal discovery from the Defendant.  The Defendant needs more time to review the discovery and evaluate the need for any additional requests.

(4)   Protective Orders

The parties do not anticipate seeking a protective order at this time.

(5)   Pretrial Motions

The defendant has not yet determined whether any pretrial motions will be filed pursuant to Fed. R. Crim. P. 12(b).

(6)    Expert Discovery

The government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     Defenses of Insanity, Public Authority, or Alibi

The Defendant does not intend to raise the defenses of insanity, public authority, or alibi.

(8)    Speedy Trial Act

All of the time has been excluded from the defendant's arraignment on December 13, 2024 through the date of the interim status conference scheduled for March 7, 2025.  The parties request that the time be excluded until the next scheduled status conference.

(9)    Status of Plea Discussions; Likelihood and Estimated Length of Trial

The parties have engaged in preliminary plea discussions.  If a trial is necessary, the parties estimate that a trial in this matter would take approximately three to four days.

(10)    Next Status Conference

Given all of the foregoing information, in particular the need for defense counsel to review much of the discovery with the defendant – and if the Court is so inclined – the parties request that the interim status conference, scheduled for March 7, 2025, be canceled.  The parties request an additional status conference in approximately 45 days.

Respectfully submitted,

| | |
|---|---|
| JASMINE MURPHY | UNITED STATES OF AMERICA, |
| By her attorney, | By its attorney, |
| /s/ Jason G. Benzaken | LEAH B. FOLEY |
| Jason G. Benzaken | United States Attorney |
| Benzaken, Maguire, Sheehan & Wood LLP | |
| 1342 Belmont Street, Suite 102 | /s/ Adam W. Deitch |
| Brockton, MA 02301 | Adam W. Deitch |
| jbenzaken@bmswlaw.com | Assistant United States Attorney |
| 617.223.8061 | John Joseph Moakley U.S. Courthouse |
| | One Courthouse Way, Suite 9200 |
| | Boston, MA 02210 |
| | adam.deitch@usdoj.gov |
| Dated:  March 6, 2025 | 617.748.3123 |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Adam W. Deitch
ADAM W. DEITCH
Assistant United States Attorney

Dated:  March 6, 2025